**Order entered February 22, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01117-CV

## IN RE JOSE F. RODRIGUEZ JR., Relator

**Original Proceeding from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F20-41693-H**

## ORDER
Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want of jurisdiction.

/s/     ROBBIE PARTIDA-KIPNESS
         JUSTICE